IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00272-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FARSHIEN BAGHALZADEH | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion for the return of seized property, (Doc. No. 46), and the government's response, (Doc. No. 47).

The defendant seeks the return of certain personal items listed on a property receipt, presumably seized by law enforcement. (Doc. No. 46 at 1). The government responds that the defendant agreed to the forfeiture of all items seized during the investigation, including assets specifically listed in the Bill of Indictment. (Doc. No. 3: Plea Agreement at 3-4). Additionally, he agreed that such property could be returned to its true owner or treated as abandoned property. (Id.). Thus, the defendant has not shown he is entitled to the property.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 46), is **DENIED**.

Signed: October 11, 2017

Robert J. Conrad, Jr.
United States District Judge