IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00272-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FARSHIEN BAGHALZADEH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 66); the government's response, (Doc. No. 72); and the defendant's motion to amend, (Doc. No. 75). However, the defendant has been released from the custody of the Bureau of Prisons. https://www.bop.gov/inmateloc/

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 66), and motion to amend, (Doc. No. 75), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: January 6, 2025

Robert J. Conrad, Jr.
United States District Judge